No. 13, original. EX PARTE WILLIAM H. LOCKHART. February 10, 1941. The motion for leave to file petition for writ of certiorari is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, are denied. *William H. Lockhart, pro se.*

No. 60. CANTU *v.* TEXAS. February 10, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Court of Criminal Appeals of Texas is denied. *Mr. A. B. Cole* for petitioner. *Messrs. Gerald C. Mann,* Attorney General of Texas, and *Lloyd W. Davidson* for respondent.

No. 136. C & C ICE CREAM Co., INC. *v.* EWING-VON ALLMEN DAIRY Co. ET AL. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Joseph S. Lawton* for petitioner. *Messrs. Marvin H. Taylor* and *Edward P. Humphrey* for respondents.

No. 661. FORD MOTOR Co. *v.* NATIONAL LABOR RELATIONS BOARD. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Frederick H. Wood* and *Alfred McCormack* for petitioner. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.